UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

## Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor: Jeremy James Treichel and Marcia Genelle Treichel

Chapter 7 Case No. 09-40491

Please Check One:

___ Unclaimed Dividends

__X__ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Metropolitan Anesthesia<br>PO Box 47159<br>Plymouth, MN 55447-0159 | 2 | $ 96.92 | $ 1.06 |
| Recovery Management Systems Corporation<br>For Capital Recovery II, Assignee of Premier Bankcard, Inc.<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131 | 3 | $ 79.56 | $ 0.87 |
| Recovery Management Systems Corporation<br>For Capital Recovery II, Assignee of PREMIER BANKCARD, INC.<br>25 SE 2ND Avene Suite 1120<br>Miami, FL 33131 | 4 | $162.85 | $ 1.77 |
| VERIZON Wireless<br>PO Box 3397<br>Bloomington, IL 61702 | 12 | $ 338.67 | $ 3.69 |

Date  2-24-10

J. Richard Stermer, Trustee